Sergei Lemberg (*Admitted Pro Hac Vice*)  JS-6
Lemberg and Associates LLC
1100 Summer Street 3rd Floor
Stamford, CT 06905
T: (203) 653-2250 x5500
F: (203) 653-3424

Lara R. Shapiro (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
T: (310) 577-0870
F: (424) 228-5351

*Attorneys for Plaintiff*,
Sean Munekiyo, *on behalf of himself
and all others similarly situated*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MUNEKIYO, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>-against-<br><br>CAPITAL ONE BANK (U.S.A.), N.A. CAPITAL ONE SERVICES, LLC, and NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendants. | Civil Action No.:<br>11-CV-3143(CAS)(JC)<br><br>ORDER DISMISSING WITH PREJUDICE ALL CLAIMS AGAINST CAPITAL ONE BANK (U.S.A.), N.A., CAPITAL ONE SERVICES, LLC, AND NCO FINANCIAL SYSTEMS, INC. |

WHEREAS, the parties in the above-captioned matter have filed an Agreed Stipulation Dismissing With Prejudice All Claims Against Defendants Capital One Bank (U.S.A.), N.A., Capital One Services, LLC, and NCO Financial Systems, Inc.; and

WHEREAS, the Agreed Stipulation pertains only to Plaintiff's individual claims, and not any potential claims of putative class members; and

WHEREAS, because there has been no motion for class certification and no class has been certified, the settlement procedures under Fed. R. Civ. P. 23(e) are not implicated, *see* Fed. R. Civ. P. 23 Advisory Committee's note on 2003 amendments (noting that Fed. R. Civ. P. 23(e) requirements do not apply to individual settlements)

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice and without costs to any party.

Entered this 12th of June, 2012

SO ORDERED

*Christina A. Snyder*

Hon. Christina A. Snyder

[PROPOSED] ORDER DISMISSING WITH PREJUDICE
ALL CLAIMS AGAINST CAPITAL ONE BANK (U.S.A.), N.A.,
CAPITAL ONE SERVICES, LLC, AND NCO FINANCIAL SYSTEMS, INC.

67519.000333 EMF_US 40576329v1